# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA :   No. 137 MM 2019

          :   Court of Common Pleas of Cumberland

v.         :   County

        :   Docket No. CP-21-CR-708-2019

        :

TRACY LEE SOLOMON       :   Change of Venue

## ORDER

AND NOW, this 15th day of November, 2019, the Honorable Edward D. Guido of the Court of Common Pleas of Cumberland County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.C.P. 1006(d)(2) it is

ORDERED that said case shall be transferred to Adams County in compliance with Pa.R.C.P. 1006.

_____
Chief Justice